# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159805(56)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

GLENNA MARY DURAM,
            Defendant-Appellant.
_____/

SC: 159805
COA: 340486
Newaygo CC: 16-011473-FC

On order of the Chief Justice, the motion of defendant-appellant to hold the matter in abeyance and to allow her to file a new application or a supplement to the original application is GRANTED.  The new application or supplement will be accepted for filing if submitted on or before October 18, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2019



Clerk